Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of

Division



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 31 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

Kimberly D Edwards
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Mississippi Department of Human Services Child Support Enforcement
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:19-cv-84-DPJ-FKB
(to be filled in by the Clerk's Office)

Jury Trial: *(check one)*  ☐ Yes  ☑ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Kimberly D Edwards
   Street Address: 184 Kings Drive / P.O. Box 312
   City and County: Pickens / Holmes
   State and Zip Code: MS / 39146
   Telephone Number: 662-468-0937
   E-mail Address: rebelkimber@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name
  Job or Title *(if known)*
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address *(if known)*

Holmes County DHS Child Support Enforcement
Drawer 620
Lexington, Holmes
MS, 39095

Defendant No. 2
  Name
  Job or Title *(if known)*
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address *(if known)*

Mississippi Department of Human Services, Child Support Enforcement
128 Jefferson St.
Yazoo City, Yazoo
MS 39194
1-877-882-4916

Defendant No. 3
  Name
  Job or Title *(if known)*
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address *(if known)*

Defendant No. 4
  Name
  Job or Title *(if known)*
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[x] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s) Kimberly D Edwards

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Kimberly Edwards, is a citizen of the State of *(name)* Mississippi.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s) Mississippi Department of Human Services

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation
The defendant, *(name)* Mississippi Department of Human Services, is incorporated under the laws of the State of *(name)* Mississippi, and has its principal place of business in the State of *(name)* Mississippi.

Or is incorporated under the laws of *(foreign nation)*,

and has its principal place of business in *(name)*.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy $ 1080.00

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

When my child support was reinstated in "2015" I was receiving $145. In January of 2017 I requested an increase I received a paper stating that I was already receiving $175.00 Then I started receiving $175.00 but I had been receiving $145.00

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I was shorted of my child support and received it late plenty of months awarded relief should be $1080.00 which I am owed since, it was raised and not paid out.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/30/2019

Signature of Plaintiff: *Kimberly Edwards*

Printed Name of Plaintiff: Kimberly D Edwards

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address